# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES JERROD SPIKES, JR.

NO. 2026 KW 0084

**MAY 18, 2026**

---

In Re:   James Jerrod Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 5767-F-2024, 5813-F-2024.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                                 **PMc**
                                 **HG**
                                 **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT